UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Miguel R. Lopez,<br><br>    Plaintiff,<br>v.<br><br>The Bank of Missouri, Comenity Bank k/n/a Bread Financial Holdings, Synovus Bank, Celtic Bank, Applied Bank, Capital One Bank (USA) N.A., First Premier Bank, Mission Lane LLC d/b/a Mission Lane Card Services LLC, Webbank, LVNV Funding LLC, Resurgent Capital Services LP, MRS BPO LLC, and Continental Finance Company LLC,<br><br>    Defendants. | CIVIL ACTION NO. 3:23-cv-01555-svn<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS LVNV FUNDING LLC AND RESURGENT CAPITAL SERVICES LP (ONLY)** |

  **PLEASE TAKE NOTICE** that Plaintiff Miguel R. Lopez ("Plaintiff") and Defendants LVNV Funding LLC and Resurgent Capital Services LP ("Defendants LVNV and Resurgent") have reached a settlement in principle as to all claims between them in this matter. Plaintiff and Defendants LVNV and Resurgent (only) are in the process of documenting the resolution and expect to file dismissal documents as to Defendants LVNV and Resurgent within forty-five (45) days.

  Dated this 23rd day of January 2024.

1

By: <u>s/Jennifer LaRese</u>
Jennifer LaRese, Esq.
Law Offices of Jennifer LaRese, LLC
33 Bullet Hill Rd
Southbury, CT 06488
P: 203.556.9709
F: 203.828.6330
jennifer@LaReseLawOffice.com
Ct27913
***ATTORNEY FOR PLAINTIFF***