UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Miguel R. Lopez,<br><br>　　　　　Plaintiff,<br>v.<br><br>The Bank of Missouri, Comenity Bank k/n/a Bread Financial Holdings, Synovus Bank, Celtic Bank, Applied Bank, Capital One Bank (USA) N.A., First Premier Bank, Mission Lane LLC d/b/a Mission Lane Card Services LLC, Webbank, LVNV Funding LLC, Resurgent Capital Services LP, and MRS BPO LLC,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 3:23-cv-01555-svn<br><br>**<u>NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE BANK (USA) N.A. (ONLY)</u>** |

　　PLEASE TAKE NOTICE that Plaintiff, Miguel Lopez, under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before the opposing party serves either an answer or a motion for summary judgment), hereby voluntarily dismisses Defendant Capital One Bank (USA) N.A., Inc in this action with prejudice.

　　Dated this 23rd day of January 2024.

　　　　　　　　　　　　　　　　　　　　By: <u>s/Jennifer LaRese</u>
　　　　　　　　　　　　　　　　　　　　Jennifer LaRese, Esq.
　　　　　　　　　　　　　　　　　　　　Law Offices of Jennifer LaRese, LLC
　　　　　　　　　　　　　　　　　　　　33 Bullet Hill Rd
　　　　　　　　　　　　　　　　　　　　Southbury, CT 06488
　　　　　　　　　　　　　　　　　　　　P: 203.556.9709
　　　　　　　　　　　　　　　　　　　　F: 203.828.6330
　　　　　　　　　　　　　　　　　　　　jennifer@LaReseLawOffice.com
　　　　　　　　　　　　　　　　　　　　Ct27913
　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***