UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Miguel R. Lopez,<br><br>            Plaintiff,<br>v.<br><br>The Bank of Missouri, Comenity Bank k/n/a Bread Financial Holdings, Synovus Bank, Celtic Bank, Applied Bank, First Premier Bank, Capital One Bank (USA) N.A., Mission Lane LLC d/b/a Mission Lane Card Services LLC, Fingerhut Companies, Webbank, LVNV Funding LLC, Resurgent Capital Services LP, and MRS BPO LLC,<br><br>            Defendants. | **CIVIL ACTION NO. 3:23-cv-01555-svn**<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FINGERHUT COMPANIES ONLY** |

PLEASE TAKE NOTICE that Plaintiff, Miguel R. Lopez, under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before the opposing party, Fingerhut Companies, served either an answer or a motion for summary judgment), hereby voluntarily dismisses Defendant Fingerhut Companies ONLY in this action with prejudice.

Dated this 30th day of January 2024.

By: /s/ Jennifer LaRese
Jennifer LaRese, Esq.
Law Offices of Jennifer LaRese, LLC
33 Bullet Hill Rd
Southbury, CT 06488
P: 203.556.9709
F: 203.828.6330
jennifer@LaReseLawOffice.com
Ct27913
***ATTORNEY FOR PLAINTIFF***