UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Miguel R. Lopez,<br><br>   Plaintiff,<br>v.<br><br>The Bank of Missouri, Comenity Bank k/n/a Bread Financial Holdings, Synovus Bank, Celtic Bank, Applied Bank, Capital One Bank (USA) N.A., First Premier Bank, Mission Lane LLC d/b/a Mission Lane Card Services LLC, Webbank, LVNV Funding LLC, Resurgent Capital Services LP, and MRS BPO LLC,<br><br>   Defendants. | CIVIL ACTION NO. 3:23-cv-01555-svn<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CELTIC BANK (ONLY)** |

  PLEASE TAKE NOTICE that Plaintiff, Miguel Lopez, under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before the opposing party serves either an answer or a motion for summary judgment), hereby voluntarily dismisses Defendant Celtic Bank in this action without prejudice.

  Dated this 8th day of February 2024.

              By: s/Jennifer LaRese
              Jennifer LaRese, Esq.
              Law Offices of Jennifer LaRese, LLC
              33 Bullet Hill Rd
              Southbury, CT 06488
              P: 203.556.9709
              F: 203.828.6330
              jennifer@LaReseLawOffice.com
              Ct27913
              ***ATTORNEY FOR PLAINTIFF***