UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Miguel R. Lopez,<br><br>        Plaintiff,<br>v.<br><br>The Bank of Missouri, Comenity Bank k/n/a Bread Financial Holdings, Synovus Bank, Celtic Bank, Applied Bank, Capital One Bank (USA) N.A., First Premier Bank, Mission Lane LLC d/b/a Mission Lane Card Services LLC, Webbank, LVNV Funding LLC, Resurgent Capital Services LP, MRS BPO LLC, and Continental Finance Company LLC,<br><br>        Defendants. | CIVIL ACTION NO. 3:23-cv-01555-svn<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT COMENITY BANK k/n/a BREAD FINANCIAL HOLDINGS (ONLY)** |

**PLEASE TAKE NOTICE** that Plaintiff Miguel R. Lopez ("Plaintiff") and Defendant Comenity Bank k/n/a Bread Financial Holdings ("Defendant Comenity") have reached a settlement in principle as to all claims between them in this matter. Plaintiff and Defendant Comenity (only) are in the process of documenting the resolution and expect to file dismissal documents as to Defendant Comenity within forty-five (45) days.

    Dated this 9th day of February 2024.

                                      By: s/Jennifer LaRese
                                      Jennifer LaRese, Esq.
                                      Law Offices of Jennifer LaRese, LLC
                                      33 Bullet Hill Rd
                                      Southbury, CT 06488
                                      P: 203.556.9709

F: 203.828.6330
jennifer@LaReseLawOffice.com
Ct27913
***ATTORNEY FOR PLAINTIFF***