UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Miguel R. Lopez,<br><br>        Plaintiff,<br>v.<br><br>The Bank of Missouri, Comenity Bank k/n/a Bread Financial Holdings, Synovus Bank, Celtic Bank, Applied Bank, Capital One Bank (USA) N.A., First Premier Bank, Mission Lane LLC d/b/a Mission Lane Card Services LLC, Webbank, LVNV Funding LLC, Resurgent Capital Services LP, MRS BPO LLC, and Continental Finance Company LLC,<br><br>        Defendants. | CIVIL ACTION NO. 3:23-cv-01555-svn<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT WEBBANK (ONLY)** |

**PLEASE TAKE NOTICE** that Plaintiff Miguel R. Lopez ("Plaintiff") and Defendant Webbank ("Defendant Webbank") have reached a settlement in principle as to all claims between them in this matter. Plaintiff and Defendant Webbank (only) are in the process of documenting the resolution and expect to file dismissal documents to Defendant Webbank within forty-five (45) days.

Dated this 27th day of March 2024.

                                                      By: s/Jennifer LaRese
                                                      Jennifer LaRese, Esq.
                                                      Law Offices of Jennifer LaRese, LLC
                                                      33 Bullet Hill Rd
                                                      Southbury, CT 06488
                                                      P: 203.556.9709

1

F: 203.828.6330
jennifer@LaReseLawOffice.com
Ct27913
***ATTORNEY FOR PLAINTIFF***