UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MIGUEL R. LOPEZ,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BANK OF MISSOURI, ET AL.,** )<br>)<br>**Defendants.** ) | Case No. 3:23-cv-01555-SVN |

## DEFENDANT MISSION LANE, LLC'S NOTICE OF SETTLEMENT

Defendant Mission Lane, LLC ("Mission Lane") hereby provides notice that Mission Lane and Plaintiff have reached a resolution in principal of this matter. Mission Lane and Plaintiff are preparing appropriate settlement papers and anticipate filing a stipulation of dismissal as to Mission Lane within the next forty-five days.

Dated this 26th day of April, 2024.

Respectfully Submitted,

**ATTORNEYS FOR DEFENDANT
MISSION LANE, LLC**

By: */s/ Rachel B. Cash*
Rachel B. Cash [pro hac vice]
Burr Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Phone (205) 458-5483 / Fax (205) 244-5646
Email rcash@burr.com

Michael D. Blumberg [ct38990]
Rogin Nassau LLC
CityPlace I, 22nd Floor, 185 Asylum Street
Hartford, CT  06103-3460
Phone (860) 256-6300 / Fax (860) 278-2179
E-mail mblumberg@roginlaw.com

54092974 v1

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was filed this 26th day of April, 2024, using the Court's CM/ECF system, which will provide electronic notice of same to all counsel of record.

                */s/ Rachel B. Cash*
                Rachel B. Cash