UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Miguel R. Lopez,<br><br>          Plaintiff,<br>v.<br><br>The Bank of Missouri, Comenity Bank k/n/a Bread Financial Holdings, Synovus Bank, Celtic Bank, Applied Bank, Capital One Bank (USA) N.A., First Premier Bank, Mission Lane LLC d/b/a Mission Lane Card Services LLC, Webbank, LVNV Funding LLC, Resurgent Capital Services LP, MRS BPO LLC, and Continental Finance Company LLC,<br><br>          Defendants. | CIVIL ACTION NO. 3:23-cv-01555-svn<br><br>**<u>NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE BANK OF MISSOURI, SYONVUS BANK, AND MISSION LANE</u>** |

**PLEASE TAKE NOTICE** that Plaintiff Miguel R. Lopez ("Plaintiff") and Defendants The Bank of Missouri, Synovus Bank, and Mission Lane ("Defendants") have reached a settlement in principle as to all claims between them in this matter. Plaintiff and Defendants The Bank of Missouri, Synovus Bank, and Mission Lane are in the process of documenting the resolution and expect to file dismissal documents to Defendants The Bank of Missouri, Synovus Bank, and Mission Lane within forty-five (45) days.

    Dated this 26th day of April 2024.

By: <u>s/Jennifer LaRese</u>
Jennifer LaRese, Esq.
Law Offices of Jennifer LaRese, LLC
33 Bullet Hill Rd
Southbury, CT 06488
P: 203.556.9709
F: 203.828.6330
jennifer@LaReseLawOffice.com
Ct27913
***ATTORNEY FOR PLAINTIFF***